Form 9

FORM 9. Certificate of Interest

RECEIVED
FROM NIGHT BOX
JUN 30 2010

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

United States Court of Appeals for the Federal Circuit

Association for Molecular    v.    PTO

No. 2010-1406

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) appellants certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Myriad Genetics, Inc.; Lorris Betz, Roger Boyer, Jack Brittain, Arnold B. Combe, Raymond Gesteland, James U. Jensen, John Kendall Morris, Thomas Parks, David W. Pershing, and Michael K. Young, in their formal capacity as Directors of the University of Utah Research Foundation

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Jones Day (Brian M. Poissant, Barry R. Satine, Laura A. Coruzzi, Eileen E. Falvey, Lynda Q. Nguyen, and Gregory A. Castanias)

6/29/2010
Date

[Signature]
Signature of counsel

GREGORY A. CASTANIAS
Printed name of counsel

Please Note: All questions must be answered
cc: Christopher A. Hansen, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 29 2010

JAN HORBALY
CLERK

124